1  Dennis F. Moss - State Bar No. 77512
   J. Mark Moore - State Bar No. 180473
2  **SPIRO MOSS BARNESS HARRISON & BARGE LLP**
   11377 W. Olympic Blvd., 5th Floor
3  Los Angeles, CA 90064-1683
   Telephone: (310) 235-2468; Fax: (310) 235-2456
4  dennisfmoss@yahoo.com
   mmoore@smbhblaw.com
5
   Attorneys for Xochilit Lopez, Plaintiff
6
   Robert Jon Hendricks, Esq.
7  Jason M. Steele, Esq.
   **MORGAN, LEWIS & BOCKIUS LLP**
8  300 South Grand Avenue, 22nd Floor
   Los Angeles, California 90071-3132
9  Tel.: (213) 612-2500
   Fax: (213) 612-2501
10
11 Attorneys for Defendant Aramark Corporation

                **UNITED STATES DISTRICT COURT**

12              **CENTRAL DISTRICT IF CALIFORNIA**

13

14 XOCHILIT LOPEZ, individually and        ) **CASE NO.: CV 06-3304-GAF**
   on behalf of all others similarly situated, ) **(FMOx)**
15                                          )
                                            ) **CLASS ACTION**
16                        Plaintiff,        )
                                            ) STIPULATION AND [PROPOSED]
17 vs.                                      ) ORDER RE DISMISSAL OF
                                            ) DEFENDANT ARAMARK
18                                          ) CORPORATION
   SMG a general partnership, HYATT         )
19 HOTEL CORPORATION; ARAMARK              )
   CORPORATION; and DOES 1 through         )
20 40, inclusive,                          )
                                            )
21                        Defendants.       )
                                            ) Complaint Filed: 4/20/06
22 _____ )
23
24
25      IT IS HEREBY STIPULATED BY PLAINTIFF XOCHILIT LOPEZ AND
26 DEFENDANT ARAMARK CORPORATION THROUGH THEIR RESPECTIVE
27 COUNSEL AS FOLLOWS:
28

─────────────────────────────────────────────
        **STIPULATION AND ORDER REGARDING LOCAL RULE 23-3**

1

2       WHEREAS, this action was filed in Los Angeles Superior Court on April 20,

3  2006 and was subsequently removed to this Court, and

4

5       WHEREAS, defendant ARAMARK Corporation filed its answer to the

6  Complaint on or about June 28, 2006; and

7

8       WHEREAS, subsequently, counsel for defendant ARAMARK Corporation

9  informed Plaintiff's counsel that defendant ARAMARK Corporation is not a proper

10  party defendant in this case, and that non-party ARAMARK Facilities Management,

11  Inc., is in fact the general partner of defendant SMG, rather than ARAMARK

12  Corporation; and

13

14      WHEREAS, Plaintiff's counsel requested a declaration stating as much; and

15

16      WHEREAS, on August 22, 2006, counsel for defendant ARAMARK

17  Corporation provided Plaintiff's counsel with a Declaration from an officer of the

18  parent company of ARAMARK Facilities Management, Inc., stating, *inter alia*, that

19  the latter entity is one of SMG's two general partners, and that defendant

20  ARAMARK Corporation had never been a general partner of SMG.  (A true and

21  correct copy of said declaration is attached hereto as Exhibit A); and

22

23      WHEREAS, there is no pending counterclaim against Plaintiff; and

24

25      WHEREAS, in reliance on the Declaration attached as Exhibit A and the

26  representations of defense counsel, Plaintiff desires to voluntarily dismiss his claims

27  in their entirety against defendant ARAMARK Corporation, and to make

28  ARAMARK Facilities Management, Inc. a defendant instead, and

---

**STIPULATION AND ORDER REGARDING LOCAL RULE 23-3**

1

2          WHEREAS, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure,

3    the parties wish to stipulate to a voluntary dismissal by Plaintiff Xochilit Lopez of all

4    claims against defendant ARAMARK Corporation as set forth hereinafter,

5

6          THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES HERETO

7    THROUGH THEIR RESPECTIVE COUNSEL that Plaintiff's claims against

8    defendant ARAMARK Corporation be dismissed without prejudice in their entirety,

9    and that ARAMARK Corporation be dismissed as a defendant from this action, and

10

11         IT IS FURTHER STIPULATED that, except as provided in Rule 41(d) of the

12   Federal Rules of Civil Procedure, each party is to bear its own attorney's fees and

13   costs incurred to date.

14

15         IT IS SO STIPULATED.

16

17   Dated: Aug. 29, 2006        SPIRO MOSS BARNESS HARRISON & BARGE LLP

18

19

20                              By: _____
                                    J. MARK MOORE
21                                  Attorneys for plaintiff XOCHILIT LOPEZ

22

23   Dated: Aug. 25, 2006        MORGAN, LEWIS & BOCKIUS LLP

24

25                              By: _____
                                    JASON E. STEELE
26                                  Attorneys for Defendant ARAMARK Corporation

27

28

---

**STIPULATION AND ORDER REGARDING LOCAL RULE 23-3**

2

1

## ORDER

2

3      For the reasons set forth above, and good cause appearing, the Court hereby

4 ORDERS that the claims against defendant ARAMARK Corporation are dismissed

5 without prejudice and said defendant is dismissed from this action.  Each party will

6 bear its own attorneys' fees and costs.

7

8      IT IS SO ORDERED.

9

10 Dated: _8/30/06_

11                 Hon. GARY ALLEN FEESS
                    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION AND ORDER REGARDING LOCAL RULE 23-3**

1

## PROOF OF SERVICE
LOPEZ v. SMG, et al.

2

USDC - CENTRAL DISTRICT - 2:06-cv-03304

3

4    I am over the age of eighteen years and not a party to the within action. My business address is 11377 W. Olympic Blvd., 5th Floor, Los Angeles, CA 90064-1683. I am employed at that address at the firm of Spiro Moss Barness Harrison & Barge, LLP.

5

6    On the date set forth below I served the document(s) described as: Stipulation and [Proposed] Order Re Dismissal of Defendant Aramark Corporation on all the interested parties in this action, by placing: [ ] the original [xx] true copies thereof enclosed in sealed envelopes, addressed as follows, which addresses are the addresses last given by the respective addressees on any document filed in the above case and served on Spiro Moss Barness Harrison & Barge LLP:

7

8

9    John A. Van Hook, Esq.                     Attorneys for Hyatt Corporation
     SEYFARTH SHAW LLP

10   2029 Century Park East, Suite 3300
     Los Angeles, California 90067

11   Tel.: (310) 277-7200
     Fax: (310) 201-5219

12

     Jason M. Steele

13   MORGAN, LEWIS & BOCKIUS LLP
     300 South Grand Avenue, 22nd Floor

14   Los Angeles, California 90071-3132
     Tel.: (213) 612-2500

15   Fax: (213) 612-2501                        Attorneys for Aramark Corporation

16   Sahag Majarian II
     LAW OFFICES OF SAHAG MAJARIAN

17   18250 Ventura Boulevard
     Tarzana, California 91356

18   Tel.: (818) 609-0807
     Fax: (818) 609-0892                        Attorney for Plaintiff Lopez

19

     David M. Rosenzweig

20   MUNGER, TOLLES & olson llp
     355 South Grand Avenue, 35th Floor

21   Los Angeles, California 90071
     Tel.: (213) 683-9100

22   Fax: (213) 687-3702                        Attorneys for Defendant SMG

23

24   [ x ]   **BY MAIL**: I am readily familiar with this firms's practice of collection and processing correspondence for mailing with the United States Postal Service. On the date set forth below, at the firm of Spiro Moss Barness Harrison & Barge LLP at the above address, I placed the envelope(s) containing said document(s), sealed, for collection and mailing on that date with the United States Postal Service following ordinary business practices. Under the above-mentioned practice of Spiro Moss Barness Harrison & Barge LLP, the above document(s) would be deposited with the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid at Los Angeles, California.

25

26

27

28

1  [ ]  **BY EXPRESS MAIL**  On the date set forth below I deposited such envelope(s) in an
2      Express Mail mailbox, maintained by the U.S. Postal Service for receipt of Express Mail
       in Los Angeles County, California.  The envelope(s) was/were deposited with Express
3      Mail with postage thereon fully prepaid.

4  [ ]  **BY METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY** On
       the date set forth below I deposited such envelope(s) in a box or other facility regularly
5      maintained by the express service carrier, or delivered such envelope(s) to an authorized
       courier or driver authorized by the express service carrier to receive documents, with
6      delivery fees paid or provided for.  The envelope was an envelope or package designated
       by the express service carrier.

7  [ ]  **(BY PERSONAL SERVICE)**: I personally served said document(s) on the date set forth
       below, by leaving them, inside the envelope(s) clearly labeled to identify the attorney(s)
8      being served, at the offices of the attorney(s) listed above, at the address(es) listed above,
       with a receptionist or other person having charge of the office(s), between the hours of
9      9:00 a.m. and 5:00 p.m.

10 [ ]  **BY FACSIMILE** On the date set forth below, I transmitted the above document(s) from
       facsimile machine number (310) 235-2456, in compliance with transmission as provided
11     in California Rule of Court 2008.  The fax number(s) that I used are shown above or on
       the attached Service List, along with the names of recipients and the interested parties.
12     The Facsimile Machine I used complied with California Rule of Court 2003(3).  The
       transmission was reported as complete and without error by the machine, which properly
13     issued the transmission report.

14 [ ]  **(STATE)** I declare under penalty of perjury under the laws of the State of California that
       the above is true and correct.
15
16 [x]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this
       court at whose direction the service was made.

17 Executed at Los Angeles County, California, on August 29, 2006.

18

19                          _Jeanette Tucci Kerr_

20

21

22

23

24

25

26

27

28